

**MAGGIO LAW — INJURY LAWYERS**

MIKE SALTAFORMAGGIO*

1227 East Fortification St. | Jackson Ms 39202 | mike@mtlawms.com | 601-300-3333 | 769-257-7770 (fax)
mtlawms.com

August 23, 2023

**Via USPS Mail**
sheryl.bruce@sedgwick.com
Sedgwick Claims Management Services
Sheryl Bruce
P.O. Box 14453
Lexington, KY 40512-4453

RE:   TIME SENSITIVE DEMAND

| | |
|---|---|
| Your Insured: | Target Corporation |
| My Client: | Audrey McGee |
| Date of Loss: | September 21, 2020 |
| Claim No.: | 115367H0001 |
| Policy No.: | 115367H0001 |

**CONFIDENTIAL SETTLEMENT COMMUNICATION
PURSUANT TO MISS. R. EVID. 408**

Dear Ms. Bruce and All Insurance Company Decision-Makers:

As you are aware 'Maggio Law has been retained to represent Audrey McGee ("**Ms. McGee**" or "**our client**") regarding respective legal interests as to an incident that occurred on September 21, 2020, involving Target Corporation ("**Target**" or "**your insured**"). This demand letter is accompanied by the enclosed documents associated with this case. This letter and the contents located herein are for settlement purposes only and are prohibited from use in legal proceedings pursuant to M.R.E. 408.

We ask that this demand be immediately forwarded to all insurance company decision-makers and, most importantly, the insured policyholder.

**1. FACTS & LIABILITY**

Licensed in MS, KS, and NC



Exhibit "B"
115367H0001

8-28-2023                                                                                                   5120230828195011

Sedgwick Claims Management Services
Sheryl Bruce
Page 26 of 27

| Pain & Suffering | |
|---|---:|
| **Initial Pain & Suffering** | |
| Initial Period (in days) | 1026 |
| Waking Hours / Day | 16.0 |
| Reasonable Compensation / Hour | $12.00 |
| Total Initial Pain & Suffering | $196,992.00 |
| **Subsequent Pain & Suffering** | |
| Subsequent Days with Pain | 366 |
| Waking Hours / Day | 16.0 |
| Reasonable Compensation / Hour | $10.00 |
| Total Subsequent Pain & Suffering | $58,560.00 |
| **Total Pain and Suffering** | **$255,552.00** |

In light of the per diem analysis above, we assert that **$250,000.00** is fair and equitable compensation for Ms. McGee's initial and subsequent pain and suffering.

### 4. DEMAND TO SETTLE

**With regard to the damages and specials as set forth, my firm has been authorized to settle Ms. McGee's personal injury claim for $433,267.68.** Based on the negligence of your insured and the ongoing pain suffered by Ms. McGee, this is a reasonable offer of settlement.

This firm has now made a full disclosure of Ms. McGee's case, and your company has been provided with sufficient information for a full evaluation and conclusion of this claim. **We respectfully request a written reply to this offer of settlement within fifteen (15) days from the date of this letter.**

I look forward to hearing from you within the next few days. If you have any questions or wish to discuss the potential settlement of this claim, please contact my office.